# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMECHEAP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMECHEAP.COM,<br>NAMECHEEP.COM,<br>ANMECHEAP.COM,<br>NAMEXHEAP.COM,<br>NAMECHESP.COM,<br>NAMECHEAPL.COM,<br>NAME-CHEAP.COM,<br>NAMEDCHEAP.COM,<br>NNAMECHEAP.COM,<br>NAMCHEAP.NET,<br>NAME4CHEAP.COM,<br>NAMECHAEP.COM,<br>NAMECHAP.COM,<br>NAMECHEP.COM,<br>NAMESCHEAP.INFO,<br>NAMMECHEAP.COM,<br>NAMEECHEAP.COM,<br>NAAMECHEAP.COM,<br>NAMECHEEAP.COM,<br>NAMECHEAPP.COM,<br>NMAECHEAP.COM,<br>NAMECHEAAP.COM,<br>NAMWCHEAP.COM,<br>NAMECHEAPS.INFO. | CASE NO.: 2:12-cv-03868-GAF-(FFMx)<br><br>**JUDGMENT** |

**JUDGMENT**

| | |
|---|---|
| 1 | NAMCHEAP.COM, |
| | NAMECHEA.COM, |
| 2 | NAMECHEA.COM, |
| | NAECHEAP.COM, |
| 3 | NAMESCHEAP.US, |
| | NAMECHEAP.BIZ, |
| 4 | NAMESCHEAP.BIZ, |
| | NAMECNEAP.COM, |
| 5 | NAMEHCEAP.COM, |
| | NAMECEAP.COM, |
| 6 | NMECHAP.COM, |
| | MAMECHEAP.COM, |
| 7 | NAMECEHAP.COM, |
| | VALENTIJN BORSTLAP, an |
| 8 | individual [DOE 47], |
| | XING AN HE, an individual [DOE |
| 9 | 48], |
| | ZHENG HUA, an individual [DOE |
| 10 | 49], |
| | JOHN COLLINS, an individual [DOE |
| 11 | 50], |
| | DUAN XIANG WANG, an individual |
| 12 | [DOE 51], |
| | XUEMING FENG, an individual |
| 13 | [DOE 52], |
| | NORMAN STAFFORD, an individual |
| 14 | [DOE 53] and DOES 54 through 200, |
| 15 | |
| | Defendants. |
| 16 | |

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT**

# JUDGMENT

The Court, pursuant to Plaintiff Namecheap, Inc.'s ("Namecheap") Motion for Default Judgment, against the following thirty (30) defendants: (1) NAME-CHEAP.COM; (2) NAMCHEAP.NET; (3) NAMECHAEP.COM; (4) NAMECHAP.COM; (5) NAMECHEP.COM; (6) NAMCHEAP.COM; (7) NAMECHEA.COM; (8) NAECHEAP.COM; (9) NAMEHCEAP.COM; (10) NAMECEAP.COM; (11) NMECHEAP.COM; (12) MAMECHEAP.COM; (13) NAMECEHAP.COM; (14) NAMECNEAP.COM; (15) NAMECHEEP.COM; (16) NAMECHESP.COM; (17) NAMMECHEAP.COM; (18) NAMEECHEAP.COM; (19) NAAMECHEAP.COM; (20) NAMECHEEAP.COM; (21) NAMECHEAPP.COM; (22) NMAECHEAP.COM; (23) NAMECHEAAP.COM; (24) NAMESCHEAP.US; (25) NAMECHEAP.BIZ; (26) NAMESCHEAP.BIZ ("Infringing Domains"); as well as named registrants (27) ZHENG HUA; (28) DUAN XIANG WANG; (29) XUEMING FENG; and (30) NORMAN STAFFORD ("Default Persons") (collectively, Default Persons and Infringing Domains shall be referred to as "Defendants") hereby ORDERS, ADJUDICATES and DECREES that final judgment, including permanent injunction, shall be and hereby is entered on the First Amended Complaint in the above-referenced matter as follows:

**Damages**

1.   Pursuant to 15 U.S.C. §1117(d), Namecheap is awarded $50,000.00 per Infringing Domain against each registrant who has registered any of the twenty-six (26) Infringing Domains, for statutory damages in the total amount of $1,300,000.00.

**Injunctive Relief**

1.   Pursuant to 15 U.S.C. § 1125(d)(1)(C) and 15 U.S.C. § 1116 the Court ORDERS each of the Defendants as well as any registrars, registries or domain name authorities, including but not limited to Verisign and ICANN, to transfer each of the Infringing Domains in their possession or control to Namecheap.

1
**JUDGMENT**

2. The Court further ORDERS that Default Defendants and their agents, servants, employees, attorneys, affiliates, distributors, successors, assigns, and any other persons acting in concert or in participation with Default Defendants, including Default Persons, are now and forever enjoined from:

1. Registering, using, trafficking in, or benefiting from Internet domain names that incorporate the NAMECHEAP mark or incorporate words, numbers, or symbols that, collectively or in isolation, are confusingly similar to the NAMECHEAP mark; and

2. Knowingly providing services to any person or entity who registers, uses, traffics in, or benefits from Internet domain names that incorporate the NAMECHEAP mark or incorporate words, numbers, or symbols that, collectively or in isolation, are confusingly similar to the NAMECHEAP mark; and

3. Using the NAMECHEAP mark or any confusingly similar marks in advertisements or otherwise in commerce in any manner likely to confuse consumers as to the association, affiliation, endorsement, or sponsorship of Namecheap; and

4. Engaging in any infringing acts involving the NAMECHEAP mark or other Namecheap marks; and

5. Misusing or abusing Namecheap's website and services in any way, including but not limited to violating Namecheap's Terms and Conditions and Acceptable Use Policy; and

6. Accessing or attempting to access Namecheap's computers, computer systems, computer network, computer programs, or data without authorization or in excess of authorization; and

7. Engaging in any unlawful, misleading, deceptive, or malicious activities directed at or relating to Namecheap's website, Namecheap's services, Namecheap users, or potential Namecheap

users; and

8. Interfering in any way with Namecheap's business; and

9. Inducing, encouraging, causing, materially contributing to, or aiding and abetting any other person or entity to do the acts described in (1) to (8), above; and

10. Using or accessing Namecheap's website and services in any way, including via codes or scripts designed to access Namecheap's website or services in an automated manner. For the avoidance of doubt, the effect of this clause is to ban Default Persons from any and all uses of Namecheap's website and services.

**IT IS SO ORDERED.**

Dated:        January 16, 2013

_____
Hon. Gary Allen Feess
United States DistrictJudge